**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEN SALAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20-cv-01108** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life")[1], by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to answer or otherwise plead and in support thereof would show unto the Court as follows:

1. On March 29, 2020, Plaintiff, Ken Salas ("Plaintiff"), filed a Complaint in the above-referenced action.

2. Defendant was served on April 13, 2020, and must file its responsive pleadings to Plaintiff's Complaint by May 4, 2020.

3. To allow sufficient time to obtain and review the necessary documentation to respond to the Complaint, Defendant respectfully requests an extension until May 18, 2020 to file a responsive pleading to the Complaint. Plaintiff's counsel has no objection to said extension.

WHEREFORE, PREMISES CONSIDERED, Defendant, Lincoln Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

for Extension of Time and allow Defendant, Lincoln Life Assurance Company of Boston, to file a responsive pleading to Plaintiff's Complaint by no later than May 18, 2020.

Dated this 4th day of May, 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Plaintiff's attorney of record, Britney Anne Heath McDonald, regarding the relief requested in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers

Iwana Rademaekers, Esq.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

May 4, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers