**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEN SALAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20-cv-01108** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME**

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to answer or otherwise plead to Plaintiff's Original Complaint. Having considered the Motion, and after review of Plaintiff's Original Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED** and Defendant has until and including May 18, 2020, to respond to Plaintiff's Complaint in the above-styled action. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion for Extension of Time is hereby **GRANTED**.

**SIGNED** this ______ day of ___________________, 2020.

_______________________________________
UNITED STATES DISTRICT JUDGE