United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEN SALAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20-cv-01108** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to answer or otherwise plead to Plaintiff's Original Complaint. Having considered the Motion, and after review of Plaintiff's Original Complaint, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED** and Defendant has until and including June 1, 2020, to respond to Plaintiff's Complaint in the above-styled action. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion for Extension of Time is hereby **GRANTED**.

**SIGNED** this 19th day of May, 2020.

______________________________
UNITED STATES DISTRICT JUDGE