**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KEN SALAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:20-cv-01108** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

COMES NOW Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life")[1], by and through its undersigned counsel of record and reserving all affirmative defenses, files this Unopposed Motion for Extension of Time to answer or otherwise plead and in support thereof would show unto the Court as follows:

1. On March 29, 2020, Plaintiff, Ken Salas ("Plaintiff"), filed a Complaint in the above-referenced action. Pursuant to the Order entered on June 2, 2020, Lincoln Life must file its responsive pleadings to Plaintiff's Complaint by June 15, 2020.

2. The Parties are continuing to discuss a resolution of the case and want to save both the Court's resources and the Parties' time and expense of litigation if the case will be resolved through settlement. Progress continues to be made, but the Parties require additional time to complete these discussions. Additionally, Plaintiff's counsel anticipates filing an amended complaint to add an additional defendant if the matter does not settle. Accordingly, the Parties respectfully request that the Court enter an order that Lincoln Life have until and

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

including June 29, 2020 to file a responsive pleading to the Complaint. Plaintiff's counsel has no objection to said extension.

3. This Unopposed Motion for Extension of Time is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendant, Lincoln Life Assurance Company of Boston, respectfully requests this Honorable Court to grant this Unopposed Motion for Extension of Time and allow Defendant, Lincoln Life Assurance Company of Boston, to file a responsive pleading to Plaintiff's Complaint by no later than June 29, 2020.

Dated this 15th day of June 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Plaintiff's attorney of record, Britney Anne Heath McDonald, regarding the relief requested in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers
Iwana Rademaekers, Esq.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

June 15, 2020
Date

/s/ Iwana Rademaekers
Iwana Rademaekers