United States District Court
Southern District of Texas
**ENTERED**
June 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEN SALAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01108 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court has been informed that a Settlement Agreement is pending in this case. IT IS HEREBY ORDERED that all deadlines and hearings set by the Scheduling Order are terminated. Parties must file final dismissal papers within 60 days from the date of this order or appear for a Status Conference scheduled August 7, 2020 at 10:00 a.m.

It is so ORDERED. 06/17/2020.

The Honorable Alfred H. Bennett
United States District Judge