United States District Court
Southern District of Texas
**ENTERED**
July 31, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEN SALAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01108 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

## **ORDER OF DISMISSAL**

In accordance with the Joint Stipulation filed July 30, 2020, (Doc #16, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 07/31/2020.

The Honorable Alfred H. Bennett
United States District Judge